UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| ESSEX INSURANCE CO., | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | Case No. 4:09CV514 CDP |
|  | ) |  |
| MICHAEL F. SAPP., et al., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

## ORDER

**IT IS HEREBY ORDERED** that the defendants' motion to continue [#18] is granted and the conference pursuant to Rule 16, Fed.R.Civ.P., is reset to **Thursday, July 30, 2009 at 9:30 a.m.** in my chambers.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 16th day of June, 2009.