UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| ESSEX INSURANCE COMPANY, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )   Case No. 4:09CV514 CDP |
| | ) |
| MICHAEL SAPP, et al., | ) |
| | ) |
|     Defendants. | ) |

# ORDER

Plaintiff Essex Insurance Company has filed a motion to compel and a motion to move up the trial date. In its motion to compel, plaintiff seeks an order compelling defendants Michael Sapp and Environs Architects Planners, Inc. to produce certain documents responsive to plaintiff's Second Request for Production. Those documents were due November 23, 2009, but plaintiff agreed to give the defendants a five day extension. The responsive documents have still not been received. Defendants have not responded to this motion, and the time to do so has passed. I will grant plaintiff's motion to compel.

Plaintiff has also requested that I move the trial in this case from May 10, 2010 to February 2010. I decline to do so, and the trial date will remain May 10, 2010.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion to compel [#31] is granted. Defendants Michael Sapp and Environs Architects Planners, Inc. must provide, within **fourteen days** of this Order, the documents requested by plaintiff.

**IT IS FURTHER ORDERED** that plaintiff's motion to amend the case management order [#33] is denied.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 30th day of December, 2009.